**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL RAINEY, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:25-cv-47 |
| vs. ) | |
| ) | District Judge Stephanie L. Haines |
| CO LT GOOD *et al.,* ) | Magistrate Judge Peter E. Ormsby |
| ) | |
| ) | |
| Defendants. ) | |

**<u>MEMORANDUM ORDER</u>**

Plaintiff Michael Rainey initiated this civil action by Complaint filed on February 14, 2025. ECF No. 1. His IFP Motion was granted. ECF No. 5. Following a Report and Recommendation, Plaintiff filed an Amended Complaint. ECF No. 24.  By Memorandum Order dated March 20, 2026, the Court directed the Clerk to mail blank copies of service forms to Plaintiff and directed Plaintiff to provide various documents. ECF No. 26.

The docket reflects that the Memorandum Order and service forms were mailed to Plaintiff at his address of record on March 20, 2026. Plaintiff made partial payments of filing fees thereafter. ECF Nos. 30, 31, 32, 33. The Clerk's note on the docket dated May 20, 2026, visible to the Court only, indicates that the Memorandum Order and service forms were returned to the Court, marked "inmate refused legal mail."

As a result, it is unclear whether Plaintiff intends to maintain this action. Within thirty (30) days of the date of this Order, Plaintiff shall notify the Court regarding whether he intends to proceed with this litigation. Failure to do so may be construed as abandonment of his claims

and may lead to a recommendation to the District Judge that this matter be dismissed for failure to prosecute.

AND NOW, this 7th day of August 2026, IT IS SO ORDERED.

BY THE COURT:

_____

Peter E. Ormsby
United States Magistrate Judge

2